OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
OFFICE BOX 12308 CAPITOL STATION, AUSTIN, TEXAS 78711

STATE OF TEXAS
PENALTY FOR RETURN
PRIVATE USE

HARRIS COUNTY

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401603 NOV 05 2015

10/28/2015
BAUGHMAN, STEVEN KURT - Tr. Ct. No. 495549-A          WR-20,311-03

On this day, the application for 11.07 Writ of Habeas Corpus has been received and presented to the Court.

Abel Acosta, Clerk

STEVEN KURT BAUGHMAN
HARRIS COUNTY JAIL - TDC # 528637
1200 BAKER ST
HOUSTON TX 77002

RETURN TO
RELEASED FROM CUSTODY
HARRIS COUNTY SHERIFF'S

N3B 77002